**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT CINCINNATI**

**Yusuf Brown**,
    Plaintiff(s),

  **-vs-**                                 **CASE NO. 1:07-cv-101**
                                           Judge Michael R. Barrett

**Edward Voorhies, et al.**,
    Defendant(s).

## JUDGMENT IN A CIVIL CASE

      **Jury Verdict.**          This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by Court.**    This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED THAT**:

1. The Magistrate Judge's R&R dated September 30, 2008 (Doc. 96) is hereby **ADOPTED**;

    a. Plaintiff's Application for Default Judgment (Doc. 82) is **DENIED**; b. Plaintiff's Motion for Default Judgment (Doc. 77) is **DENIED**; c. Plaintiff's Motion for Declaratory Judgment (Doc. 83) is **DENIED**;

2. The Magistrate Judge's R&R dated September 30, 2008 (Doc. 103) is hereby **ADOPTED**;

    a. Plaintiff's Motion for Temporary Restraining Order (Doc. 93) is **DENIED**;

3. The Magistrate Judge's R&R dated September 30, 2008 (Doc. 104) is **ADOPTED**;

    a. The Motion for Summary Judgment filed by M. Sevrey, Dr., Vonda Adkins, Aryayra Treadway, Edward Voorhies, J Diane Sand (Doc. 49) is **GRANTED**; b. Plaintiff's Motion for Summary Judgment (Doc. 55) is **DENIED**;

4. With respect to any application by petitioner to proceed on appeal *in forma pauperis*, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this Order would not be taken in "good faith," and therefore the Court **DENIES** any application by petitioner to proceed on appeal in *forma pauperis*. *See* Fed. R. App. P. 24(a); *Kincade v. Sparkman*, 117 F.3d 949, 952 (6th Cir. 1997). Petitioner remains free to apply to proceed *in forma pauperis* in the Court of Appeals; and

5. This matter shall be **CLOSED** and **TERMINATED** from the docket of this Court.

Date: March 10, 2009        **JAMES BONINI, CLERK**

                                                By: /s/ M. Rogers

                                                Deputy Clerk